UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **VICKI DEMBIEC,** Individually and as Parent and Natural Guardian of M.D. and P.D., **DAVID DUNCAN,** Individually and as Parent and Natural Guardian of A.D., **NICHOLAS NITTI,** Individually and as Parent and Natural Guardian of E.N. and N.N., **JOSHUA STONE,** Individually and as Parent and Natural Guardian of T.S. and K.S., and **DANIELLE WILDSTEIN,** Individually and as Parent and Natural Guardian of L.W., <br><br> *Plaintiffs*, <br><br> v. <br><br> **SCOTCH PLAINS-FANWOOD REGIONAL SCHOOL DISTRICT; SCOTCH PLAINS-FANWOOD BOARD OF EDUCATION;** and **DR. JOAN MAST,** in her Official Capacity as Superintendent of Schools, <br><br> *Defendants*. | Civil Action No. 20-cv-20188-KSH-CLW <br><br><br> **STIPULATION OF DISMISSAL** |

It is hereby agreed and stipulated by the parties, through their undersigned counsel, that the within action is hereby dismissed without prejudice and without costs and/or attorneys' fees to any party as against any other party.

| **DAVID B. RUBIN, P.C.** | **HARTMAN & WINNICKI, P.C.** |
|---|---|
| /s/ David B. Rubin | /s/ Daniel L. Schmutter |
| By: David B. Rubin, Esq. | By: Daniel L. Schmutter, Esq. |
| | |
| David B. Rubin, P.C. | Hartman & Winnicki, P.C. |
| 450 Main Street | 74 Passaic Street |
| P. O. Box 4579 | Ridgewood, New Jersey 07450 |
| Metuchen, New Jersey 08840 | (201) 967-8040 |
| (732) 767-0440 | dschmutter@hartmanwinnicki.com |
| rubinlaw@att.net | |
| | |
| Douglas M. Silvestro, Esq. | James G. Mermigis, Esq. |
| The Busch Law Group LLC | The Mermigis Law Group, P.C. |
| 450 Main Street | 85 Cold Spring Road |
| Metuchen, NJ 08840 | Suite 200 |
| (732) 243-9588 | Syosset, New York 11791 |
| dsilvestro@buschlawgroup.com | (516) 353-0075 |
| | James@MermigisLaw.com |
| *Attorneys for Defendants* | *Attorneys for Plaintiffs* |

Dated: December 17, 2021

**SO ORDERED this 17th day of December, 2021**
*s/Katharine S. Hayden*
**Hon. Katharine S. Hayden, U.S.D.J.**